# UNITED STATES DISTRICT AND BAKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JESUS SANCHEZ-CANETE )
5672 INDEPENDENCE CR. )
ALEXANDRIA, VA 22312 )

Plaintiff, )

v. )

MIRIAN Y. BOQUIN BANEGAS )
SUANY LISSETH CARDENAS BOQUIN )
639 FARRGUT ST. NW APT. 23 )
WASHINGTON, DC 20011 )

ANA CASTILLO MARTINEZ )
DELISA CASTILLO MARTINEZ )
14419 JAMES MONROE HWY. )
LEESBURG, VA 20176 )

GREGORY VANDERWOUDE, ESQ. )
313 N. GLEBE RD. SUITE 200 )
ARLINGTON, VA 22203 )

MARGERY CHANTAL CRAWLEY, ESQ. )
500 N. WASHINGTON ST. )
ALEXANDRIA, VA 22314 )

ALFRED L. ROBERTSON, JR. ESQ. )
500 N. WASHINGTON ST. )
ALEXANDRIA, VA 22314 and )

ROBERTSON LAW OFFICE, PLLC )
500 N. WASHINGTON ST. )
ALEXANDRIA, VA 22314 )

EMERSON BAIRES ARIAS )
5208 DALTON RD. )
SPRINGFIELD, VA 22151 )

Case: 1:17-cv-00905 **JURY DEMAND**
Assigned To : Moss, Randolph D.
Assign. Date : 5/15/2017
Description: Personal Injury/ Malpractice **(B-DECK)**

REQUEST FOR JURY TRIAL

RECEIVED
MAY 15 2017
Clerk, U.S. District and Bankruptcy Courts

JOSUE NEHEMIAS ORTIZ-CHAVEZ )
KALA ESTEFANY RODRIGUEZ DE ORTIZ )
DIANA NICOLE ORTIZ-RODRIGUEZ )
BLANCA ESTEFANY ORTIZ-RODRIGUEZ )
11805 ANSON CT. )
FREDERICKSBURG, VA 22407 )
)
ALEX MAURICIO AMADOR ULLOA )
ALEXANDER ENRIQUE AMADOR AMADOR )
2037 SNOW POINT PL. )
ASHBURN, VA 20147 )
)
MIRIAN LORENI CATILLO FLORES )
ELIZABETH MARIA BACA CASTILLO )
8620 VILLAE SQUARE DR. )
ALEXANDRIA, VA 22309 )
)
BRENDA PEREZ IRAETA )
ELIANA S. VILLEDA PEREZ )
3304 BELLFLOWER CT. )
WOODBRIDGE, VA 22193 )
)
JOSE FRANKLIN AREVALO )
5104 BRADFORD DR. )
ANNANDALE, VA 22003 )
)
SARA APARICIO DE GARCIA )
JOSUE GARCIA APARICIO )
SANDRA GARCIA APARICIO )
KEMBERLIN GARCIA APARICIO )
18 CLIFF CIRCLE )
STAFFORD, VA 22556 )
)
WILMER NOE FLORES URBINA )
206 TROY DR. )
NEWPORT NEWS, VA 23606 )
)
JARVIN J. RAMIREZ OCHOA )
ENMA RAMIREZ OCHOA )
3304 BELLFLOWER CT. )
WOODBRIDGE, VA 22193 )
)

DINA AREVVALO CRUZ )
RIBIN TORRES CRUZ )
2903 DOVER LN. APT. 102 )
FALLS CHURCH, VA 22042 )
)
FAUSTO CRUZ )
SANDRA CRUZ )
1702 N. ARGONNE AVE., )
STERLING, VA 20164 )
)
OLMY FLORES )
CHRISTIAN FLORES )
BRIAN FLORES )
908 MARCY AVE., APT. 203 )
OXON HILL, MD 20745 )
)
FRANCISCO MEJIA JOVEL )
14563 EARLHAM CT. )
WOODBRIDGE, VA 22193 )
)
ISIS DE LA O RIVERA )
ARIANA DE LA O RIVERA )
5849 RESERVOIR HEIGHTS AVE., )
FALLS CHURCH, VA 22041 )
)
JUAN FRANCISCO CHICAS CARRANZA )
3813FLORENCE DR. APT. 2 )
ALEXANDRIA, VA 22305 )
)
EDWIN PORTILLO BARAHONA )
1201 SANDERSON DR. APT. 4 )
STERLING, VA 20164 )
)
EVELIN VELIZ VELIZ )
DIMBERLIN VELIZ )
3634 EDISON ST., APT. 204 )
ALEXANDRIA, VA 22305 )
)

EULISES AMAYA GONZALEZ )
VANESSA AMAYA MARTINEZ )
5500 CEDAR RIDGE DR. )
FREDERICKSBURG, VA 22407 )
)
Defendant(s) )
)
)

## COMPLAINT FOR DEFAMATION OF CHARACTER

I, the Petitioner, residing at 5672 Independence Cr., Alexandria, Virginia 22312 have been the President of the LATINO FEDERATION OF TENANT ASSOCIATION for the last 29 years, and during that time have maintained a good reputation in regards to my person and interaction with the membership of said organization.

It is my belief, based on the information available to me, that the Defendant(s) were agents or codefendants of the agents that produced the alleged defamatory statements against me. I believe the Defendant(s) were of sound mind at the time and maliciously intended to harm my reputation with through the preparation of documents on each of their behalf and submitted to public record. They therefore unlawfully caused me injuries and damages for which I seek reparations.

On April 29, 2017 the Defendant(s) published and has verbally said in public on different occasions that I have been convicted at least one time of misuse of fund for political purposes. My name was explicitly mentioned throughout the libelous/ slanderous material and therefore clearly understood by readers/ audiences members.

There following aspect of the material are explicitly all false. I have at no time been convicted one, much less more than once, of misuse of funds for political purposes.

In a proximate result of the aforementioned libel and slander per se, I have suffered loss, recrimination, injury suffering and damages in the following ways. I have suffered injury to my reputation, loss of business opportunities and emotional distress that has physically manifested itself through illness.

I seek punitive damages, compensatory damages according to proof, the cost of the lawsuit and whatever else the court sees just and fit to award. I seek payment in the amount of three million dollars ($3,000,000.00)

PETITIONER SIGNATURE

Subscribed and sworn to before me PASQUALE FORTUNATO (Notary Public) this 14 day of MAY, 2017 in ALEXANDRIA, VA.

My commission expires: Jan 31, 2021
Registry Number: 7723594

PASQUALE FORTUNATO
Notary Public
Commonwealth of Virginia
Registration No. 7723594
My Commission Expires Jan 31, 2021